IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAFAEL DROZ** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| vs. | : | **NO. 05-2086** |
| **FRANKLIN J. TENNIS, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA** | : | |
| Respondents. | : | |

### O R D E R

**AND NOW**, this 10th day of May, 2006, upon consideration of the Petition for Writ of Habeas Corpus filed by petitioner, Rafael Droz, pursuant to 28 U.S.C. § 2254, and the record in this case, and after review of the Report and Recommendation of United States Magistrate Judge Diane M. Welsh dated September 29, 2005,[1] Petitioner's Objection[s] to Report and Recommendation, and Response to Petitioner's Objections to Report and Recommendation, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Diane M. Welsh dated September 29, 2005, is **APPROVED** and **ADOPTED**;[2]

2. Petitioner's Objection[s] to the Report and Recommendation are **OVERRULED**;

3. The Petition for Writ of Habeas Corpus filed by petitioner, Rafael Droz, pursuant to 28 U.S.C. § 2254 is **DISMISSED**; and,

---

[1] United States Magistrate Judge Diane M. Welsh retired from the Federal Bench on October 1, 2005.

[2] The Court notes that the citation to the Supreme Court decision in *Pace v. DiGuglielmo* at page 4 of the Report and Recommendation should be corrected to read "544 U.S. 408 (2005)."

4.  A certificate of appealability will not issue on the ground that petitioner has not made a substantial showing of a denial of a constitutional right as required under 28 U.S.C. § 2253(c)(2). .

**BY THE COURT:**

<u>/s/ Honorable Jan E. DuBois</u>
**JAN E. DUBOIS, J.**